IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:21CR157 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| STEVEN GARCIA | ) | |
| FABIOLA N. DIAZ, | ) | |
| | ) | |
| Defendant | | |

This matter is before the court on the defendant Steven Garcia's Unopposed Motion to Continue Trial [55]. Counsel needs additional time to resolve this matter short of trial. Co-defendant does not object to the continuance. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [55] is granted as follows:

1. The jury trial, **as to both defendants**, now set for August 23, 2022, is continued to **October 25, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and October 25, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED: August 10, 2022**

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge