**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:21CR157 |
| | ) | |
| vs. | ) | |
| | ) | |
| STEVEN GARCIA, | ) | ORDER |
| FABIOLA N. DIAZ, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court on the defendant, Fabiola N. Diaz's unopposed Motion to Continue Trial [63].  Counsel needs additional time to finalize plea negotiations. The co-defendant does not object to the continuance. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [63] is granted, as follows:

1. The jury trial, **for both defendants**, now set for February 7, 2023, is continued to **March 21, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 21, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

**DATED:  January 18, 2023.**

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**